IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**RICARDO O. WILSON,**

        **Plaintiff,**

    **- vs. -**                                      **Civil No. 09-651 JCH/LAM**

**UNITED STATES OF AMERICA,**

        **Defendant.**

### ORDER GRANTING JOINT MOTION TO VACATE SETTLEMENT CONFERENCE AND TRIAL SETTING, AND TO STAY PROCEEDINGS FOR THREE MONTHS

**THIS MATTER** comes before the Court upon the parties' *Joint Motion to Vacate Settlement Conference and Trial Setting and to Stay Proceedings for Three Months (Doc. 27)*, on the grounds that Plaintiff may require additional surgery and has obtained "information that he believes supports his claim that he was disabled as a result of the accident . . . [and he] wishes to retain additional experts." The Court, having considered the motion and having consulted with the presiding judge in this case, concludes that the relief sought is reasonable and that the motion should be granted.

**IT IS THEREFORE ORDERED** that the parties' *Joint Motion to Vacate Settlement Conference and Trial Setting and to Stay Proceedings for Three Months (Doc. 27)* is hereby **GRANTED**. The March 30, 2010 settlement conference and October 18, 2010 trial date are hereby **VACATED**, and the proceedings in this action shall be **STAYED for three months**, except for responses to discovery demands served before the entry of this Order. By separate order, the Honorable Lourdes A. Martinez, United States Magistrate Judge, will schedule a status conference

to be held at the end of the three month stay period for the purpose of establishing a new case management schedule.

    **IT IS SO ORDERED.**

                                                  _/s/ Lourdes A. Martínez_
                                                  **HONORABLE LOURDES A. MARTÍNEZ**
                                                    **United States Magistrate Judge**

Telephonically Approved 02/18/2010 *(Prior to modifications by the Court)*
Robert L. Lovett, Counsel for Plaintiff

Submitted on 02/18/2010
AUSA Elizabeth M. Martinez, Counsel for Defendant